1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10         SAN FRANCISCO DIVISION

11

12 | HARTFORD LIFE & ACCIDENT        Case No.  CV 09-05668 JSW
INSURANCE COMPANY,

13                                    **(PROPOSED) ORDER FOR
                                     DISCHARGE AND DISMISSAL**
            Plaintiff,               **WITH PREJUDICE OF HARTFORD**

14                                    **LIFE AND ACCIDENT INSURANCE**
     v.                              **COMPANY ONLY**

15

16 | GEOFFREY V. WHITE, an
individual; LAW OFFICE OF

17 | GEOFFREY V. WHITE;
LORRAINE BURKE, an individual;

      DOES 1 through 10,

18

            Defendant.

19

20

21         Upon good cause appearing and based on the Stipulation for Discharge and

22 Dismissal of Plaintiff Hartford Life and Accident Insurance Company ("Hartford")

23 submitted by the parties, the Court hereby orders:

24

25         1.    Plaintiff Hartford filed this Complaint in Interpleader on the grounds

26 that it received competing claims from Defendants Geoffrey V. White and Law

27 Office of Geoffrey V. White ("White") and Defendant Lorraine Burke ("Burke") to

28 a portion of Burke's long-term disability ("LTD") insurance benefits that have been

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4819-9714-0229 v1                    - 1 -

CASE NO. CV 09-05668 JL
(PROPOSED) ORDER  FOR DISCHARGE &
DISMISSAL W/PREJUDICE OF HARTFORD

1   paid and may be paid by Hartford under group disability insurance policy number

2   GLT22176 ("the LTD policy").

3

4   2.   Hartford is hereby and shall be discharged from liability to Defendants

5   to the full extent permitted by law with respect to Defendants' competing claims for

6   that portion of (1) Burke's benefits that it has previously paid under the LTD

7   policy, and (2) such future benefits that it may pay to Burke under the LTD policy

8   subject to this Court's final order of distribution.

9

10   3.   Defendants are hereby restrained from taking, or proceeding with or

11   commencing any action against Hartford for or on account of any transaction,

12   matter, happening or thing in any way arising out of or relating to the rights and

13   obligations of the parties with respect to Defendants' competing claims to that

14   disputed portion of Burke's LTD benefits which White seeks to recover for alleged

15   attorneys' fees.

16

17   4.   Hartford is dismissed with prejudice from this lawsuit.  This Court

18   shall retain jurisdiction over Hartford for enforcement of its order(s) regarding the

19   disputed portion of the LTD benefits to be paid to Burke under the Hartford LTD

20   policy.  Defendants White and Burke will remain in the case to litigate their

21   competing claims to those disputed funds.

22

23   5.   Hartford shall not recover its attorneys' fees and costs from

24   Defendants, nor shall Defendants recover their fees and costs from Hartford in

25   connection with this Interpleader.

26   / / /

27   / / /

28   / / /

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4819-9714-0229 v1                - 2 -

CASE NO. CV 09-05668 JL
(PROPOSED) ORDER  FOR DISCHARGE &
DISMISSAL W/PREJUDICE OF HARTFORD

1        6.      This order shall not be construed as a determination that Burke is

2   entitled to ongoing benefits under the LTD Policy, nor does it impact Hartford's

3   ongoing evaluation of whether Burke is entitled to benefits under the LTD policy.

4   Such issues are not part of this Interpleader action.

5

6        IT IS SO ORDERED.

7

8

9   DATED:  _March 10, 2010___     _____

10                              Honorable Jeffrey S. White
                                United States District Court Judge

11   _____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4819-9714-0229 v1              - 3 -

CASE NO. CV 09-05668 JL
(PROPOSED) ORDER  FOR DISCHARGE &
DISMISSAL W/PREJUDICE OF HARTFORD