UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARTFORD LIFE & ACCIDENT INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GEOFFREY V. WHITE, an individual; LAW OFFICE OF GEOFFREY V. WHITE; LORRAINE BURKE, an individual; DOES 1 through 10,<br><br>Defendant. | Case No. CV 09-05668 JSW<br><br>(~~PROPOSED~~) ORDER FOR DISCHARGE AND DISMISSAL WITH PREJUDICE OF HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY ONLY |

Upon good cause appearing and based on the Stipulation for Discharge and Dismissal of Plaintiff Hartford Life and Accident Insurance Company ("Hartford") submitted by the parties, the Court hereby orders:

1. Plaintiff Hartford filed this Complaint in Interpleader on the grounds that it received competing claims from Defendants Geoffrey V. White and Law Office of Geoffrey V. White ("White") and Defendant Lorraine Burke ("Burke") to a portion of Burke's long-term disability ("LTD") insurance benefits that have been

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4819-9714-0229 v1 - 1 - CASE NO. CV 09-05668 JL
(~~PROPOSED~~) ORDER FOR DISCHARGE & DISMISSAL W/PREJUDICE OF HARTFORD

1  paid and may be paid by Hartford under group disability insurance policy number
2  GLT22176 ("the LTD policy").

4  2. Hartford is hereby and shall be discharged from liability to Defendants
5  to the full extent permitted by law with respect to Defendants' competing claims for
6  that portion of (1) Burke's benefits that it has previously paid under the LTD
7  policy, and (2) such future benefits that it may pay to Burke under the LTD policy
8  subject to this Court's final order of distribution.

10  3. Defendants are hereby restrained from taking, or proceeding with or
11  commencing any action against Hartford for or on account of any transaction,
12  matter, happening or thing in any way arising out of or relating to the rights and
13  obligations of the parties with respect to Defendants' competing claims to that
14  disputed portion of Burke's LTD benefits which White seeks to recover for alleged
15  attorneys' fees.

17  4. Hartford is dismissed with prejudice from this lawsuit. This Court
18  shall retain jurisdiction over Hartford for enforcement of its order(s) regarding the
19  disputed portion of the LTD benefits to be paid to Burke under the Hartford LTD
20  policy. Defendants White and Burke will remain in the case to litigate their
21  competing claims to those disputed funds.

23  5. Hartford shall not recover its attorneys' fees and costs from
24  Defendants, nor shall Defendants recover their fees and costs from Hartford in
25  connection with this Interpleader.
26  / / /
27  / / /
28  / / /

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4819-9714-0229 v1 - 2 - CASE NO. CV 09-05668 JL
(PROPOSED) ORDER FOR DISCHARGE &
DISMISSAL W/PREJUDICE OF HARTFORD

6.    This order shall not be construed as a determination that Burke is entitled to ongoing benefits under the LTD Policy, nor does it impact Hartford's ongoing evaluation of whether Burke is entitled to benefits under the LTD policy. Such issues are not part of this Interpleader action.

IT IS SO ORDERED.

DATED: March 10, 2010    _____
Honorable Jeffrey S. White
United States District Court Judge

_____