IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD LIFE & ACCIDENT INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>GEOFFREY V. WHITE, and individual; LAW OFFICE OF GEOFFREY V. WHITE; LORRAINE BURKE, and individual and DOES 1 through 10, inclusive,<br><br>    Defendants. | No. C 09-05668 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE REGARDING DEFENDANT BURKE'S MOTION TO DISMISS** |

This matter is set for a hearing on April 23, 2010 on the motion to dismiss filed by defendant Lorraine Burke. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than March 25, 2010 and a reply brief, if any, shall be filed by no later than April 1, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: March 11, 2010

                                                          JEFFREY S. WHITE
                                                          UNITED STATES DISTRICT JUDGE