1

2

3

4

5

6     IN THE UNITED STATES DISTRICT COURT

7

8     FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  HARTFORD LIFE & ACCIDENT
   INSURANCE COMPANY,
10            No. C 09-05668 JSW

11    Plaintiff,

12 v.

            **ORDER SETTING BRIEFING**
13  GEOFFREY V. WHITE, and individual; LAW **SCHEDULE REGARDING**
    OFFICE OF GEOFFREY V. WHITE;  **DEFENDANT BURKE'S MOTION**
14  LORRAINE BURKE, and individual and  **TO DISMISS**
    DOES 1 through 10, inclusive,

15    Defendants.

16              /

17   This matter is set for a hearing on April 23, 2010 on the motion to dismiss filed by

18  defendant Lorraine Burke.  The Court HEREBY ORDERS that an opposition to the motion

19  shall be filed by no later than March 25, 2010 and a reply brief, if any, shall be filed by no later

20  than April 1, 2010.

21   If the Court determines that the matter is suitable for resolution without oral argument, it

22  will so advise the parties in advance of the hearing date.  If the parties wish to modify this

23  schedule, they may submit for the Court's consideration a stipulation and proposed order

24  demonstrating good cause for any modification requested.

25   **IT IS SO ORDERED.**

26

27  Dated: March 11, 2010     _____

              JEFFREY S. WHITE
28             UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California