IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD LIFE & ACCIDENT INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GEOFFREY V. WHITE, and individual; LAW OFFICE OF GEOFFREY V. WHITE; LORRAINE BURKE, and individual and DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　　/ | No. C 09-05668 JSW<br><br>**ORDER GOVERNING REQUEST FOR STATUS CONFERENCE** |

By order filed January 27, 2011, the Ninth Circuit granted the parties' stipulated motion for voluntary dismissal of the appeal. On March 2, 2011, the Ninth Circuit issued its mandate.

Any party who seeks a status conference before this Court must file a joint letter or stipulation requesting that a status conference be set and identifying any issues that remain to be decided by this Court. Any such request for a status conference must be filed by April 8, 2011. If no such request is filed by that date, this action will be terminated.

**IT IS SO ORDERED.**

Dated: March 25, 2011

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE